**Gregg A. LACEDRA, Plaintiff–Appellant,**

v.

**CITY OF LAS VEGAS, NEVADA; et al., Defendants–Appellees.**

**No. 03–15670.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 20, 2004.

Gregg A. Lacedra, Revere, MA, pro se.

Thomas D. Dillard, Jr., Esq., Rawlings, Olson, Cannon, Gormley & Desruisseaux, Las Vegas, NV, for Defendants–Appellees.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Gregg A. LaCedra appeals pro se the district court's order denying his motion to reconsider after the dismissal of his 42 U.S.C. § 1983 action for failure to comply with an order of the court. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Pasatiempo* *by Pasatiempo v. Aizawa*, 103 F.3d 796, 801 (9th Cir.1996), and we affirm.

We lack jurisdiction to review the district court's order dismissing LaCedra's action. *See Mt. Graham Red Squirrel v. Madigan*, 954 F.2d 1441, 1462–63 (9th Cir. 1992) (holding that a timely appeal from an untimely tolling motion brings up for review only the post-judgment motion, not the underlying judgment).

We retain jurisdiction to review the district court's denial of LaCedra's motion to reconsider. *See id.* at 1463 (treating untimely Rule 59 motion as a 60(b)). The district court did not abuse its discretion in denying LaCedra's motion because he failed to comply with a court order mandating that he file a discovery plan, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), and his contention that his inaction was due to "mistake, inadvertence, or excusable neglect" or "extraordinary circumstances" is unpersuasive. *See* Fed. R.Civ.P. 60(b); *Straw v. Bowen*, 866 F.2d 1167, 1171–72 (9th Cir.1989).

We deny LaCedra's motion to expedite the appeal as moot.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.